The People of the State of New York, Respondent,
against
Lowell Eason, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kevin B. McGrath, J.), rendered November 7, 2012, convicting him, upon a plea of guilty, of assault in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Kevin B. McGrath, J.), rendered November 7, 2012, affirmed.
In view of defendant's knowing waiver of his right to prosecution by information, the accusatory instrument only had to satisfy the reasonable cause requirement (see People v Dumay, 23 NY3d 518 [2014]). So viewed, the accusatory instrument was jurisdictionally valid, since it described facts of an evidentiary nature establishing reasonable cause to believe that defendant was guilty of third-degree assault (see Penal Law § 120.00[1]), the offense to which defendant ultimately pleaded guilty. At the pleading stage, defendant's intent to cause physical injury to the victim is fairly inferable from allegations that he "struck [the victim] about the face at least three times with a closed fist, causing bruising, swelling, redness, a laceration and substantial pain" (see Matter of Edward H., 61 AD3d 473, 473 [2009]; Matter of Marcel F., 233 AD2d 442, 442—443 [1996]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 14, 2016